IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **KEVIN G. WHITE,** § <br> **KGW CAPITAL MANAGEMENT, LLC,** § <br> **REVELATION FOREX FUND, L.P., and** § <br> **RFF GP, LLC,** § <br> Defendants, § <br> § <br> and § <br> § <br> **MERIDIAN PROPANE, L.P., and** § <br> **W CORPORATE REAL ESTATE L.P. d/b/a** § <br> **KGW REAL ESTATE,** § <br> Relief Defendants. § | Case No.: 4:13-cv-383 |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 9, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Unopposed Motion to Enter Interlocutory Judgments Against Kevin G. White, KGW Capital Management, LLC, Revelation Forex Fund, LP, and RFF GP, LLC (Dkt. 95) and the Supplement to Unopposed Motion to Enter Interlocutory Judgments Against Kevin G. White, KGW Capital Management, LLC, Revelation Forex Fund, LP, and RFF GP, LLC (Dkt. 103) be GRANTED and the Judgment as to Defendant Kevin G. White, Docket Entry 95-4, and the Judgment as to Defendants KGW Capital Management, LLC, Revelation Forex Fund, L.P. and RFF

1

GP, LLC, Docket Entry 103-2, be entered by the court in this matter.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, the Unopposed Motion to Enter Interlocutory Judgments Against Kevin G. White, KGW Capital Management, LLC, Revelation Forex Fund, LP, and RFF GP, LLC (Dkt. 95) and the Supplement to Unopposed Motion to Enter Interlocutory Judgments Against Kevin G. White, KGW Capital Management, LLC, Revelation Forex Fund, LP, and RFF GP, LLC (Dkt. 103) are GRANTED and the Judgment as to Defendant Kevin G. White, Docket Entry 95-4, and the Judgment as to Defendants KGW Capital Management, LLC, Revelation Forex Fund, L.P. and RFF GP, LLC, Docket Entry 103-2, shall be entered by the court in this matter.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE