# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff<br>v.<br><br>KEVIN G. WHITE, KGW CAPITAL MANAGEMENT, LLC, REVELATION FOREX FUND, L.P., and RFF GP LLC,<br><br>    Defendants,<br><br>and<br><br>MERIDIAN PROPANE, L.P., and W CORPORATE REAL ESTATE L.P. d/b/a KGW REAL ESTATE,<br><br>    Relief Defendants. | Civil Action No. 4:13-CV-00383<br>Judge Mazzant |

## ORDER

Pending before the Court is Petition No. 27, Receiver's Petition to Approve Final Accounting, Approve Final Distribution, Approve Final Fees and Expenses, and to Close Receivership (Dkt. #179). After considering the relevant pleadings and the lack of any response or objection to the Petition, the Court finds that the Petition should be GRANTED.

1) It is therefore ORDERED that the Receiver's Final Report, attached to Petition No. 27 as Exhibit A (Dkt. #179 at Ex. A), is hereby approved.

2) It is further ORDERED that the Receiver's Final Accounting, attached to Petition No. 27 as Exhibit B (Dkt. #179 at Ex. B), is hereby approved.

3) It is further ORDERED that the Receiver is hereby authorized to make a final distribution to approved claimants in the total amount of $65,000 as listed on Exhibit C to Petition No. 27 (Dkt. #179 at Ex. C).

4) It is further ORDERED that the Receiver is hereby authorized to pay from the Receivership Assets the final administrative expenses, as listed in Exhibits D and E to Petition No. 27 (Dkt. #179 at Exs. D, E).

5) It is further ORDERED that the Receiver is authorized to file with the Internal Revenue Service or any governmental agency any tax returns or compliance documents that may be requested.

6) It is further ORDERED that the Receiver is authorized to retain the books and records of the Receivership necessary to support the tax returns filed by the Receiver for a period of four years and thereafter destroy the books and records of the Receivership.

7) It is further ORDERED that the Receiver is authorized to destroy all books and records of the Receivership, not necessary to support the tax returns filed by the Receiver after 120 days from the date of this Order.

8) It is further ORDERED that upon the Receiver filing with the Court a Closing Declaration that items 1 through 4 have been completed, the Receiver's bond, if any, is hereby released and the Receiver and his employees, agents, attorneys and assistants shall be released and exonerated from any and all further liability to this receivership estate or to the Receivership Entities or to their creditors, claimants, beneficiaries, or owners.

9) It is further ORDERED that all persons are hereby enjoined from commencing or prosecuting, without leave of this Court, any action against the Receiver or his agents in connection with or arising out of the Receiver's service to this Court in this Receivership.

10) It is further ORDERED that the Court hereby retains jurisdiction for the purpose of enforcing the above injunctive relief.

**IT IS SO ORDERED.**

**SIGNED this 29th day of September, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE